IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAYLOR JOHNELLE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv62-WKW |
| | ) | [wo] |
| SIDNEY WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On August 18, 2006, the Magistrate Judge filed a Recommendation (Doc. # 28) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 28) of the Magistrate Judge is ADOPTED;

2. The defendants' motions for summary judgment with respect to the false information and hearsay claims (Doc. # 9 and Doc. # 10) are GRANTED;

3. To the extent that Plaintiff requests declaratory and injunctive relief arising from actions taken by the Montgomery County Circuit Court and Alabama Court of Criminal Appeals during state court proceedings related to his petition for a writ of certiorari, these claims are hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

4. To the extent that Plaintiff presents claims challenging the conviction entered against him by the state court and seeks a reversal of the state court's decision affirming the denial of his request for parole, these claims are hereby DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

An appropriate judgment will be entered.

DONE this the 20th day of September 2006.

                                             /s/  W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE